Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. Scott Threde, Louis Floyd, Sylvia Schick, and Maria Schaffer, et al., <br><br>                    Plaintiff(s), <br><br>    v. <br><br> BrandRep, LLC, <br><br>                    Defendant(s). | Case No: 3:20-cv-05110 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br>(CIVIL LOCAL RULE 11-3) |

   I, Taylor T. Smith, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Threde, Floyd, Schick, et al. in the above-entitled action. My local co-counsel in this case is Rebecca L. Davis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> 3900 E. Mexico Ave., Suite 300 <br> Denver, CO 80210 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> 1939 Harrison St., Suite 150 <br> Oakland, CA 94612 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (720) 907-7628 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (510) 836-4200 |
| MY EMAIL ADDRESS OF RECORD: <br> tsmith@woodrowpeluso.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> rebecca@lozeaudrury.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 51162.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

   Dated: 07/29/20

Taylor T. Smith<br>APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Taylor T. Smith is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

   Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE



STATE OF COLORADO, ss:

I, *Cheryl Stevens*   Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Taylor True Smith**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ___30th___ day of ___October___ A. D. ___2017___ and that at the date hereof the said ___**Taylor True Smith**___ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ___23rd___ day of ___June___ A. D. ___2020___

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk