Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Taylor T. Smith*
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Pro Hac Vice*

*Attorneys for Plaintiff and the Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J. SCOTT THREDE, LOUIS FLOYD, SYLVIA SCHICK, and MARIA SCHAFFER**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BRANDREP, LLC**, a Delaware limited liability company,<br><br>Defendant. | Case No.   3:20-cv-05110-VCS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BRANDREP, LLC TO FILE ITS RESPONSE TO PLAINTIFFS' COMPLAINT AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiffs J. Scott Threde, Louis Floyd, Sylvia Schick, and Maria Schaffer (collectively "Plaintiffs") and Defendant BrandRep, LLC ("Defendant" or "BrandRep"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 27, 2020, Plaintiffs filed a putative class action complaint ("Complaint") against Defendant. (Dkt. 1.)

WHEREAS, on September 2, 2020, BrandRep was served with the Complaint and Summons (dkt. 12), placing its deadline to respond on or before September 23, 2020.

WHEREAS, on October 5, 2020, the Court scheduled an initial case management conference on October 27, 2020, at 2:00 p.m. (Dkt. 13.)

JOINT STIPULATION      - 1 -

1  WHEREAS, counsel for BrandRep reached out to Plaintiffs' counsel and requested additional time to respond to the Complaint. The additional time will permit BrandRep sufficient time to finalize its engagement agreement with its counsel and to review the allegations contained within the Complaint.

WHEREAS, the parties also agree that a three (3) week continuance of the October 27, 2020 scheduling conference is necessary. The additional time will enable the parties to confer regarding their respective views of the case and formulate a joint case management statement.

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their counsel, as follows:

1. Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before November 13, 2020.
2. The case management conference scheduled on October 27, 2020 should be continued until November 17, 2020.

Respectfully submitted,

Dated: October 20, 2020

**J. SCOTT THREDE, LOUIS FLOYD, SYLVIA SCHICK, and MARIA SCHAFFER**, individually and on behalf of all others similarly situated,

 /s/ Taylor T. Smith
One of Plaintiffs' Attorneys

Rebecca Davis (SBN 271662)
   rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Taylor T. Smith (*admitted pro hac vice*)
   tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Counsel for Plaintiffs and the Class*

| | |
|---|---|
| Dated: October 20, 2020 | **BRANDREP, LLC** |
| | /s/ George C. Hutchinson |
| | George C. Hutchinson<br>gchutchinson@legalsolutions2u.com<br>Legal Solutions 2U, APC<br>18201 Von Karman Ave., Suite 701<br>Irvine, CA 92612<br>Tel: 855-775-2928<br>Fax: 855-775-2928 |
| | *Counsel for Defendant* |

### SIGNATURE CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix his or her electronic signature to this document.

By: /s/ Taylor T. Smith
Taylor T. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on October 20, 2020.

<u>/s/ Taylor T. Smith</u>