UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. SCOTT THREDE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BRANDREP, LLC,<br><br>        Defendant. | Case No. 20-cv-05110-VC<br><br>**ORDER GRANTING AS MODIFIED STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND CONTINUE CMC**<br><br>Re: Dkt. No. 18 |

The defendant is ordered to respond to the complaint within 14 days of the date of this order. The case management conference scheduled for October 27 is continued to November 24, 2020, at 2 p.m. via zoom. A joint case management statement is due 7 days before the case management conference.

**IT IS SO ORDERED.**

Dated: October 21, 2020

_____
VINCE CHHABRIA
United States District Judge