| | |
|---|---|
| 1 | Rebecca Davis (SBN 271662) |
| | rebecca@lozeaudrury.com |
| 2 | **LOZEAU DRURY LLP** |
| | 1939 Harrison St., Suite 150 |
| 3 | Oakland, CA 94612 |
| | Telephone: (510) 836-4200 |
| 4 | Facsimile: (510) 836-4205 |
| 5 | Taylor T. Smith* |
| | tsmith@woodrowpeluso.com |
| 6 | **WOODROW & PELUSO, LLC** |
| | 3900 East Mexico Avenue, Suite 300 |
| 7 | Denver, Colorado 80210 |
| | Telephone: (720) 907-7628 |
| 8 | Facsimile: (303) 927-0809 |
| 9 | *Pro Hac Vice* |
| 10 | *Attorneys for Plaintiff and the Class* |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J. SCOTT THREDE, LOUIS FLOYD, SYLVIA SCHICK, and MARIA SCHAFFER**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **BRANDREP, LLC**, a Delaware limited liability company, <br><br> Defendant. | Case No.   3:20-cv-05110-VCS <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF BRANDREP, LLC WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs J. Scott Threde, Louis Floyd, Sylvia Schick, and Maria Schaffer (collectively "Plaintiffs"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), give notice that they voluntarily dismiss all claims asserted against BrandRep, LLC ("Defendant") in this action as to themselves in their individual capacity without prejudice. Defendant has neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, the claims against Defendant may be dismissed without prejudice without an Order of the Court.

Respectfully submitted,

Notice of Dismissal                                       - 1 -

| | | |
|---|---|---|
| 1 | Dated: November 4, 2020 | **J. SCOTT THREDE, LOUIS FLOYD, SYLVIA SCHICK, and MARIA SCHAFFER**, individually and on behalf of all others similarly situated, |

                                                  /s/ Taylor T. Smith
                                                  One of Plaintiff's Attorneys

                                                  Rebecca Davis (SBN 271662)
                                                      rebecca@lozeaudrury.com
                                                  LOZEAU DRURY LLP
                                                  1939 Harrison St., Suite 150
                                                  Oakland, CA 94612
                                                  Telephone: (510) 836-4200
                                                  Facsimile: (510) 836-4205

                                                  Taylor T. Smith (*admitted pro hac vice*)
                                                     tsmith@woodrowpeluso.com
                                                  Woodrow & Peluso, LLC
                                                  3900 East Mexico Avenue, Suite 300
                                                  Denver, Colorado 80210
                                                  Telephone: (720) 907-7628
                                                  Facsimile: (303) 927-0809

                                                  *Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on November 4, 2020.

*/s/ Taylor T. Smith*