UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. SCOTT THREDE, et al.,<br><br>        Plaintiffs,<br><br>     v.<br><br>BRANDREP, LLC,<br><br>        Defendant. | Case No. 20-cv-05110-VC<br><br>**ORDER REJECTING NOTICE OF VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 20 |

The notice of voluntary dismissal is rejected because the plaintiffs must seek leave to dismiss the complaint. *See* Civil Standing Order ¶ 48. The request to dismiss is due 7 days from this order.

**IT IS SO ORDERED.**

Dated: November 4, 2020

VINCE CHHABRIA
United States District Judge