IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. SCOTT THREDE, LOUIS FLOYD, SYLVIA SCHICK, and MARIA SCHAFFER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BRANDREP, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.   3:20-cv-05110-VCS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL OF BRANDREP, LLC WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |

Pending before the Court is Plaintiffs' Request for Voluntary Dismissal of BrandRep, LLC Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Having read and considered the Request, the Court, being fully advised in the premises, finds as follows:

1. The Request is **GRANTED**;
2. Plaintiffs individual claims against BrandRep, LLC are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS SO ORDERED.**

Dated: November 10, 2020



Hon.
United States District Judge
Judge Vince Chhabria